# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS WATTS, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) **Case No.: 5:11-cv-1509-R** |
| B&T FINANCIAL SERVICES, LLC, | ) ) ) ) |
| Defendant | ) ) |

## JUDGMENT

This cause coming on to be heard on Plaintiff's Motion for Default Judgment, Defendant B&T Financial Services, LLC, having been duly served, the court being advised of the premises:

It is ORDERED: that default judgment is entered in favor of Plaintiff, Thomas Watts, and against Defendant B&T Financial Services, LLC, in the amount of $3,590.00.

IT IS SO ORDERED this 21st day of June, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE